# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1886
Lower Tribunal No. 04-9765
_____

**Robert Marlin, et al.,**
Appellants,

vs.

**Jack Burstein, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

MSP Recovery Law Firm, and Robert Strongarone; Shulman Bastian Friedman & Bui, LLP, and Franklin J. Contreras, Jr. (Irvine, CA), for appellants.

Scott Jay Feder, P.A., and Scott Jay Feder, for appellees.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.